IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT BAKER, JR., #140789X,   ) | |
| ) | |
| Petitioner,   ) | |
| ) | |
| v.   ) | CIVIL ACTION NO.  2:05cv228-A |
| ) | WO |
| GRANT CULLIVER *et al*.,   ) | |
| ) | |
| Respondents.   ) | |

**ORDER**

On March 17, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 4)  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED, the 28 U.S.C. § 2254 petition for habeas corpus relief be and is hereby DENIED with prejudice because the petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive habeas application.  It is further

ORDERED that the petition be and is hereby DISMISSED.

Done this the 25th day of April 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE